IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CV-00042-FL

| | |
|---|---|
| BRYAN OAKLEY, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | ) |
| Defendant. | ) |

This matter comes before the Court on the Government's Motion to seal Exhibit 7, a portion of the Appendix to the Statement of Facts of the United States' Motion for Summary Judgment [DE#-20]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 7, a portion of the Appendix to the Statement of Facts of the United States' Motion for Summary Judgment [DE#-20]

SO ORDERED this 28th day of December, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge